UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SARA KIBLER,

    Plaintiff,

vs.

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:19-cv-153

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 13. Based upon the stipulation of the parties, and for good cause shown, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint motion for a remand (doc. 13) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

    **IT IS SO ORDERED.**

Date: November 20, 2019

    s/ Michael J. Newman
    Michael J. Newman
    United States Magistrate Judge